**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1641**

———————

SAMUEL OLEKANMA,

        Plaintiff - Appellant,

    v.

MARYLAND TAX COURT; COMPTROLLER OF MARYLAND,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:25-cv-01261-DLB)

———————

Submitted:  August 21, 2025                    Decided:  August 25, 2025

———————

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Samuel I. Olekanma, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Olekanma appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Olekanma v. Md. Tax Ct.*, No. 8:25-cv-01261-DLB (D. Md. May 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*